No. 383. COPPOLLA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome Lewis* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 413. MILES LUMBER CO. *v.* HARRISON & GRIMSHAW CONSTRUCTION CO. ET AL. C. A. 10th Cir. Certiorari denied. *Robert B. Langworthy* for petitioner. *John H. Cantrell* and *Remington Rogers* for certain named respondents.

No. 427. VANACEK *v.* ST. LOUIS PUBLIC SERVICE CO. Supreme Court of Missouri. Certiorari denied. *William L. Weiss* and *William L. Mason, Jr.* for petitioner. *William M. Corrigan* and *George P. Bowie* for respondent.

No. 428. CHRISTIAN ET AL. *v.* JEMISON ET AL. C. A. 5th Cir. Certiorari denied. *John V. Parker* and *F. W. Middleton, Jr.* for petitioners.

No. 431. HARDCASTLE ET AL. *v.* WESTERN GREYHOUND LINES ET AL. C. A. 9th Cir. Certiorari denied. *Jay A. Darwin* for petitioners. *Marion B. Plant* for Western Greyhound Lines, and *Duane B. Beeson* for Rhodes et al., respondents.

No. 433. CITY TRANSPORTATION CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *W. D. White* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.